UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| KATRINA M., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 1:23-cv-00360-LEW |
| ) | |
| MARTIN O'MALLEY, COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER AFFIRMING RECOMMENDED DECISION

On May 13, 2024, United States Magistrate Judge John C. Nivison filed with the Court, with copies to counsel, his Report and Recommended Decision (ECF No. 18). Plaintiff has filed her objection, to which the Commissioner has responded.[1]

I have reviewed and considered the Recommended Decision, together with the entire record. And after *de novo* review of the Recommended Decision, I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision. Plaintiff contends that the Administrative Law Judge erred when she declined to consider Plaintiff's vocational evidence submitted after the ALJ's post-hearing deadline for the filing of vocational evidence. Plaintiff argues that the ALJ does not have authority to establish pre-decision deadlines for claimants to file post-hearing vocational evidence. As Plaintiff acknowledges, this Court has repeatedly rejected similar arguments, reasoning

---

1 Although Plaintiff filed her objection a day late, the Commissioner does not object to consideration of the objection given counsel's explanation for the delay.

that ALJs have authority to set a clear deadline for rebuttal vocational evidence and that ALJs have not abused their discretion by declining to consider evidence submitted after that deadline.  *See Raymond B. v. O'Malley*, No. 1:22-CV-00393-JAW, 2024 WL 356894, at **1–2 (D. Me. Jan. 31, 2024), *report and recommendation adopted*, 2024 WL 1769169 (D. Me. Apr. 23, 2024); *Kenneth W. ex. rel. Matthew W. v. O'Malley*, No. 2:23-CV-00204-JDL, 2024 WL 277833, at **2–4  (D. Me. Jan. 25, 2024), *report and recommendation adopted*, 2024 WL 1701635 (D. Me. Apr. 19, 2024).  I agree with this Court's prior analysis for the reasons expressed in the Recommended Decisions addressing these issues.

It is therefore ORDERED that the Recommended Decision (ECF No. 18) is hereby AFFIRMED and ADOPTED.  The administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 5th day of August, 2024.

/s/ Lance E. Walker  
CHIEF U.S. DISTRICT JUDGE